COURT OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO. 2-02-362-CV
RONALD APPLEWHITE           
           
           
           
           
APPELLANT
V.
JERRY OWENS           
           
           
           
           
           
APPELLEE
----------
FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY
----------
MEMORANDUM OPINION
(1) AND JUDGMENT
----------
We have considered appellant's
"Motion To Dismiss." It is the court's opinion that the motion should
be granted; therefore, we dismiss the appeal. See TEX.
R. APP. P. 42.1(a)(1), 43.2(f).
Costs of the appeal shall be paid by the party incurring the same.

PER CURIAM
PANEL D: GARDNER, J.; CAYCE, C.J.; WALKER, J.
[DELIVERED JANUARY 9, 2003]

1. See Tex. R. App. P. 47.4.